CASE No 10-1283

# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2010 OCT 21 AM 11: 11

---

SOLOMON BEN-TOY COHEN

    Plaintiff - Appellant

v

REPRESENTATIVE HENRY WAXMAN,
UNITED STATES Congress; US CAPITOL POLICE and
FRED BUSCH, Agent, US Capitol Police

Defendants - Appellees

---

On Appeal from the United States District Court
for the District of Colorado
The Honorable Lewis T Babcock
United States Court Senior Judge
(No. 08-CV-02188-LTB-CBS)

---

## APPELLANT'S PRO-SE REPLY BRIEF

---

Submitted by :- SOLOMON B COHEN MA (cantab)
#36792-013
FEDERAL DETENTION CENTER
9595 W. QUINCY AVE
LITTLETON, CO 80123
Tel: (303) 763-4300

Date: 10-19-2010

# TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................... iii

RIGHT TO SUE .................................... 1

CHALLENGE TO JURISDICTION .................................... 2
      ~ REBUTTAL

ARGUMENT .................................... 4

CRIMINAL PROSECUTION .................................... 6

OBSTRUCTION OF JUSTICE .................................... 8

TABLE OF APPEALS .................................... 9

AFFIDAVIT IN SUPPORT .................................... 11 — 17
      OF MERITS

CONCLUSION .................................... 18

CERTIFICATE OF SERVICE .................................... 19

APPENDIX
    ADDERALL DENIED
    PRELIMINARY INJUNCTION FAILED
    PEOPLE v COHEN re competency

# TABLE OF AUTHORITIES

Cases:                                                                    Page

COHEN v HOLDER (Estrada),
    09-9514   (10th Cir 2009)                                              2


ERICKSON v PARDUS,                                                        5
    551  U.S. 89 (2007)


JOHNSON v ABEL,
    2008 U.S. Dist LEXIS 15227 (D Colo Feb 15, 08) 7


PATTERSON v MINITZES,                                                     2
    717  F.2d 284 (6th Cir. 1983)

PEOPLE v COHEN,                                                          5, App
    2007 CR 004282 (Denver Dist Ct, 2008)


THOMAS v ARN,                                                            2,3
    474 US 140 (1985)


USA v OLIVARES-RANGER                                                     6
    453 F.3d 1104 (10th Cir 2006)

(iii)

<u>Constitution and Statutes:</u>                                  Page

U S CONST. amend I, IV, XIV                          7

8   U.S.C § 1252 (b)(7)(A)                           6

8   U.S.C. § 1253                                    6

28   U.S.C. § 1291                                   2

UNITED STATES DISTRICT COURT

COHEN wishes to express his appreciation of Honorable Senior District Judge Babcock's and Honorable US Magistrate Judge Shaffer' allowing COHEN to sue.

This case was filed in error in the wrong district.

The court's order that the defendants are dismissed without prejudice to Plaintiff refiling his claims in another venue cannot be carried out.

Please allow the US District Court in DC to judge this case.

1

<u>Challenge to This honorable Court's Appellate</u>
<u>Jurisdiction</u>

Appellees' Answer Brief ("Brief") page 1

This court does have jurisdiction

under 28 U.S.C. § 1291.

"[W]e ~~also emphasize that~~ Therefore conclude
that neither the intent nor the practical
effect of the Sixth Circuit's waiver rule is
to restrict the court's own jurisdiction."
<u>THOMAS v ARN</u>, 474 US 140 (1985)

"Sixth circuit has also shown that its rule
is not jurisdictional by excusing the
procedural default in a recent case
<u>PATTERSON v MINTZES</u>, 717 F. 2d 284 (6th Cir. 1983)
(considering appeal on merits despite
pro-se litigants late filing of objections"
<u>THOMAS</u>

2

"[W]e also emphasize that because the rule is a non-jurisdictional waiver provision, the court of appeals may excuse default in the interests of justice."

THOMAS

Rules of procedure should promote not defeat the ends of justice.

Even the 6th Circuit would allow

this appeal because USICE have

obstructed COHEN's access to the

courts — see 09-9514, COHEN v ESTRADA (10th Cir 2009)

3

ARGUMENT

INTERESTS OF JUSTICE
— "an elusive concept"

When a plaintiff has either failed or been prevented from filing his objections to RQR, this Circuit (10th) considers :—

(i)  pro-se litigant's efforts to comply
(ii)  force and plausibility of the explanation
        for his failure to comply
(iii)  importance of the issues raised

WIRSCHING v COLORADO, 360 F. 3d 1197 (10th Cir 2004)

MAY — JUNE 2010

• US Magistrate ignored request for continuance

• US District denied request for preliminary injunction — see Appendix 0004

• CENTRAL OFFICE, D/WASHINGTON DC denied Dr Kraus' request for non-formula Adderal
        — see Appendix 0001

4

"RECORD INADEQUATE TO SUPPORT CLAIM
THAT INCOMPETENCY TOLLED STATUTE OF LIMITATIONS"

—see   Appellee Answer Brief   Pg 14

REBUTTAL

FIRST ARGUMENT

"[T]he court (district court) must accept all
factual allegations in a complaint as true
and take them in the light most favorable
to plaintiff" ERICKSON v PARDUS, 551 US. 89 (2007)

SECOND ARGUMENT

Appendix shows! — People v COHEN
2007 CR 004282

App0011 Pg 4    11/01/2007  Before Hon Judge William Robbins
"court finds after reviewing CMHIP rpest
that Def is Incompetent to proceed."

App0012 Pg 5   04/11/2008  Before Hon Judge Shelley Gilman
Revcw held — Deft Has been found competent
to proceed.

5

CRIMINAL PROSECUTION UNDER 8 U.S.C. §1253

- Appellees' Answer Brief - Pages 7 & 8 footnote 6

This prosecution relies on the administrative ORDER OF REMOVAL entered immediately following COHEN'S arrest by defendant Fred Busch, is dated November 26 2003 (midnight) and is the fruit of a poisonous tree / false pretextual arrest in Representative Coatman's office, and false imprisonment.

"[T]he relevant inquiry in determining whether a defendant has standing to challenge evidence as fruit of a poisonous tree is whether his or her Fourth Amendment rights were violated."

USA v OLIVARES-RANGER
458 F.3d 1104 (10th Cir. 2006)

Rec Vol I Doc 103-2 page 11

6

## LITIGATION BY COHEN

### Colorado Mental Health Institute at Pueblo

US District Court failed to hold an evidentiary hearing to settle disputed facts.

### US Const Amd I, IV, XIV

Cohen learned these amendments during classes at CMHIP. Cohen was born and educated in England and, although residing in the US since 1990 knew little of these precious rights.

Fellow patient Gene Johnson* showed Cohen a US District Court "criminal complaint package" — see JOHNSON - ABEL, 2008 U.S. Dist LEXIS 15227 (D. Colo, Feb 15 2008) — Rec Vol I Doc 56 Pg 175 -247.

* asked Cohen for help

7

OBSTRUCTION OF JUSTICE

"MR COHEN PROFFERS NO EXPLANATION FOR HIS FAILURE TO FILE OBJECTIONS TO MAY 10 R&R." Appellees' Page 12.

1. Busch's counsel, US Attorney's office had COHEN arrested and transferred to US Marshall custody. cohen since then February 16 2010 had been denied;—

a) his prescription medication for ADHD.

b) ALL his prose legal files, including entire record of this case

c) access to Word Processor + printer.

CENTRAL OFFICE BOP — WASHINGTON DC
to ~~COHEN~~ Dr Kraus clinical directo request to prescribe Adderall was DENIED.
— see Appendix 0001

8

# DENIAL OF MEDICATION v. OUTCOME OF APPEAL

| CASE NO | ADDERALL | DETENTION FACILITY | "FRIVOLOUS" |
|---|---|---|---|
| 08-1394 | ✓ | GEO-ICE AURORA | NO |
| 09-1045 | ✓ | " | " |
| 09-9514 | ✓ | " | " |
| 09- | NO | EL PASO COUNTY JAIL | ✓ |
| 09-1218 | ~~AAAN~~ NO | " | ✓ |
| 09-9519 | NO | " | ✓ |
| 09-1277 | YES | GEO-ICE AURORA | NO |
| 09-1510 | YES | " | NO |
| 09-1563 | YES | " | PENDING |
| 10-1283 | NO | FDC BUREAU OF PRISONS | THIS APPEAL |

Appellate Case: 10-1283   Document: 29   Date Filed: 10/21/2010   Page: 13

AFFIDAVIT   BY   SOLOMON   BEN-TOV   COHEN

I   Solomon   Ben-Tov   Cohen   do   declare

and   state   as   follows:

On   November 25 2003   I   went Through

security   at   Rayburn   Office   Building;

that   on   entering   the   reception   of

Representative   Henry   Workmans   office

I   said   hello   to   Zahava   Goldman

or   someone   female   seated   behind

her   desk;

that   I   did   NOT   make   any   manner

of   threat   nor   was   I   anything   other

than   polite.   Fred   Busch   refused   to

10

allow me to leave.

All I did was <u>ask</u> if I could have an appointment. Fred Busch told me that the Congressman was not there and that he makes his own appointments. I did not argue even though I felt it probably wasn't true. At that point I just wanted to leave.

There were two police officers standing behind Fred Busch.

Since Busch refused to allow me to leave and it looked as though

11

he was going to arrest me no matter, I being seated (opposite Zahava Goldman's desk and) next to a telephone, asked if I could call my friend in Hollywood, California who first came up with the idea of <u>asking</u> the Congressman for a letter of support.

Busch allowed me to make the call. I used my own calling card — no reason for the Congressman to pay for a long-distance call.

After I told Brian that I was

12

in Henry Waxmans office and feared I was about to be arrested, the line went dead.

Brian McMahon lived in a $1 Million home in the Hollywood Hills, Woodrow Wilson Drive who I had lived with him. Brian told me to remind Congressman Waxman that he was a retired publisher who had met Congressman Waxman at fundraisers.

BARNEY FRANK

I asked to be allowed to leave and visit office of Rep Barry Frank

because I have attended fund raises for him on Fire Island Pins New York.

Busch ordered me to turn around — I did as I was told and he handcuffed me.

I did nothing wrong.

CALIFORNIA CRIMINAL CHARGES

I am not guilty — How can I pay for a good lawyer to represent me when I ~~cannot~~ am denied all of my money by Principality of Liechtenstein, now in the hands of Druw Markus Wanger as trustee of CORINNE DIAZ (my sister) TRUST registered in Vaduz.

14

SAN DIEGO / VISTA COUNTY

These charges have been dropped.

SANTA ANA COUNTY

Police arrested me for no reason other than to prevent me reaching Vista County Court. Nothing illegal found.

Because of physical abuse that suffered whilst incarcerat at the jail, I felt in necessary for my own safety to leave California and see, if possible, a member of the Congressmans staff.

In Utah, State Trooper eventually understood why I was afraid to be

15

pulled over for no reason and since

nothing else was wrong, case was

dropped.

ILLEGAL EVICTION in NEW YORK CITY

Busch told me that he had arrested

me for writing that my former

landlords who stole my passport

were Mob connected.

— see Rec Vol I Doc 56 + Exhibits.

He admitted that he had my email

address and had failed to tell me

not to come, after my contact with

local constituency office, who were very kind.

16

I want to invest $1,000,000 from the trust to re-start my hedge fund business in California with business partners who are US citizens. United States is my home.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10-19-10                    signed: SBCohen



State of CO, County of JEFFERSON
Signed before me on this 19th day
of October, 2010 by SOLOMON COHEN
Notary Public Amanda L. Vargas

17

CONCLUSION

For the foregoing reasons, the district court's Orders of October 21 2009 and June 23 2010 should be reversed and this case remanded with instructions to transfer the case to United States District Court for the District of Columbia.

Dated: 10/19/10          Respectfully submitted,

SB Cohen

SOLOMON B COHEN MA (cantab) prize
# 36792-013
FEDERAL DETENTION CENTER
9595 W. QUINCY AVE
LITTLETON, CO 80123
Tel: (303) 763-4300

18

CERTIFICATE OF SERVICE

I hereby certify that on 10/19/10 I served a copy of the Appellant / Petitioner's Reply Brief to :—

counsel for Rep. Henry A Waxman

Katherine E McCarron
US House of Representatives
Office of the General Counsel
219 Cannon House Office Bldg
Washington DC    20515

and

counsel for US Capitol Police and Fred Busch :—

MARCY E COOK AUSA
US ATTORNEY'S OFFICE
1225    17th ST  , # 700
Denver   CO    80202

by 1t Class mail.

Date: 10-19-10        Signature

19

PRISON MAIL BOX RULE

RECEIVED
U.S. COURT OF APPEALS
10th CIRCUIT
2010 OCT 21 AM 11:10

I hereby certify that on 10-19-10 I placed Appellant's Reply Brief postage prepaid in mailbox here of Federal Detent Center Englewood.

Dated: 10-19-10    Signed: [signature]

SOLOMON B COHEN Mr
36792-013 (Rankin),



State of CO, County of JEFFERSO
Signed before me on this 19th day
of October, 2010 by SOLOMON COHEN
Notary Public Amanda L Vargas

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 2/17/2014

APPENDIX

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: COHEN, SOLOMON BEN-TOV | | Reg #: 36792-013 |
| Date of Birth: 12/24/1960 | Sex: M | Race: WHITE |
| Encounter Date: 06/18/2010 15:41 | Provider: Kraus, G. Thomas MD | Facility: ENG |

Follow-up encounter performed at Health Services.

**SUBJECTIVE:**

> **COMPLAINT 1**          **Provider:** Kraus, G. Thomas MD
> **Chief Complaint:**   Behavioral Health Problem
> **Subjective:**   ADHD

> S) ADHD requiering Adderall. he needs this to be able to represent himself in court
> O) He present a rasonal argument. I do not get the feeling of drug seeking behaviour.
> A) ADHD
> P) Nonformulary request wa put in.

**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/18/2010 | 15:41 ENG | 97 | | | Kraus, G. Thomas MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/18/2010 | 15:41 ENG | 140/89 | | | | Kraus, G. Thomas MD |

**Exam:**

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Axis I: Attention deficit DO with hyperactivity | 314.01 | Current | 06/18/2010 | Initial | Chronic |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

0001

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLRADO

Civil Action No  10-cv-01312-ZLW

SOLOMON B COHEN
        Plaintiff

        v

Dr KRAUS, Medical Dirictor

Mr IPPOLITO, HSA Federal Detention Facility/ FCI
        Bureau of Prisons

        Defendants

---

EMERGNEANCY REQUEST OF PRELIMINARY INJUNCTIVE RELIEF
AND TEMPORARY RESTRAINING ORDER

---

Pliantiff Solomon Ben-Tav COHEN prose- is representing himself be
before this court Cohen v Busch, Case No 1:08-cv-02188-LTB-CBS.

   Plaintiff is unable to focus or even read 30 page US Magistrate
Judge Report to file his objwectsions./
Plaintiff has been diagnizesd by several psychiatrists and expert

psychologists as hjaving Attention Deficit Hyperactrvity Doisocer
ADHD a mental disability.
Plaintiff will suffer a loss ofd around $10Milliojn if this inmjn

relief is not gtranted immediately.
There is no hram to opposoing party.

APPROVED FOR PROGRAMS

0002

Plaintiff Solomon Ben- Tov COHEN pro-se is pro-se in this court,
in the 10th Circuit Court of Appeals and Supreme COurt of the Uni
-ted States.

Defe4ndantsd Dr Kraus xxx Medical DIrector  and Mr Ippolito
Health Service Adminitstaqtor both at federal Dwetention Center p
Bureaus of Prisons, State of 6olorado part of the US Department o
Justice are denying COHEN his psychaiatristtist prescribed and re
-ccomended medication Adderall generic 30mg a day for Attention D
-eficit HyperActivity Disoider ("ADHD")

DEnial
XXXXXX

VIOLSATION O)F FIFTH AMENDMENT RIGHT OF DUE PROCEBB
COHENIS SEVERELY INCAPACOITATED BY THIS DENIAL AS A MATTER OF POL
ICY OF Adderall.

By the time Approval is received from Washington DC and it is rar

given, the US Departmenmt of Jutsice will have wrongfly won in Co
-urt against COHEN.

EMERGANCY REGQUEST FOR PRELIMINARY INJUNCTIVE REFLIEF
COURT ORDERED MEDICATION

COHEN respectfully asks the court:-

1) To Order Defendants to xxxxx show cause as toi why COhen shoul
   shoulod not be allwoed to take his prescrbived medication Adde
   Adderall 10mg and prescribed dose of  20mg AM and 10mg prescri
   -bed bt Dr Zakix psychuiatrist at GE_ ICE Immigration Detentio
   -n Facility, currently held in COHEN'S Preoprty;

2. To Order Defndantsw meanwhile to allow COHEN to take and bne p
   prescribed generic Adderall 30mg a day an extremely inexpensiv
   medication highly effective;

3. Grant Teporary Retraining Order prevneting DefenandANTS FROM F
   FORCE_ FEEDING COHEN shoulod he resmue hius hunger strike.

APPROVED FOR PROGRAMS
ov3

JURISDICTION

Parties are within the jkurisdiction of the United States DIstrio
t COurt for the District of COlrado.

This Court has jurisdiction and authgority to grant injunctive re
lioef under U.S.C.   2201 Fewderal Rule of Civil Proceedure Rule

65, 28 u.s.c.   1331 and US COnstitution mend 5.

Plaintiff asks that this complainty be construed liberlly as he i
mentally disabled by lack opf Adderall.

IRRE¼PARABLE HARM

Life fo COHEN deteriorates into utter chaos though lack of focus
preoccuption and lack of ability ntop concentrat
COHEN is unable to file objections to or even focus on reading US
Magistarte Judge Hon Craig B Shaffer's 30 page report inXKMKMKMXWX
GOHEN V BUSCH, Case No 1:08-cv-02188-LTB_CBS which is currnetly d
-ue. THIS IS INVOLUNTARY.
So far the COurt has refused to appoint counsel to assist COHEN w
with that case.
Withgout relife sought, $10Million or so damages from this suit w
--ll be lost.

CHANCES OF SUCCESS

Psychitry and medicaine have advanbced. Denial of this medication
in comopklex (white collar) trials does most likely vioalte Fifth
Amendment right to fair trial, both civil and criminal.
This is a metter of first impression for any court in tyhe countr

APPROVED FOR PROGRAMS
0004

First Impression

Because of COHEN's disbabilioty, irt will be necessary for the co =ort to apop09jnt counsel.

]This matter is one of nationaL IMPOREATANCE.

Are the Attorney Gewneral of the United STates and US DEpartment opf Justice NSD Bureau of Preisoners aND US Attoirney, are they v violating COHEN'S and all PRISONERS with ADHD 5th Amendment right

    a. to medicatio, rather precribed medicatiopnm

    b. right to due process

Without this medication CHEN cannoit focuse of what Judge is sayi -ng his attention span is short and wanders in and out.

Thjere a re no precent cases that COHEN is ware of.

THis casxe could take years to decide aand will need a study by c court appointed experts.

This court cannot and should not hold bakc COHEN's criminal and c -ivil cxases until then.

PUBLIC I(NTEREST
The public has an interest in seeing that Justice is done.

Adderall generic is a very inexpensive medication.

Granting this relief wi;ll; save on Court time and expenses.

There is no other medication that works.

COHEN has been on this type of medication for more tahnb 10 yewar Dexedribe, Despxyn and Adderall.

COHEN ISA COMPETEMNT WITH THIS MEDICDATIAON.

APPROVED FOR PROGRAMS
0005

ABSENCE OF HARM TO OPPOSING PARTIEBSD

There is no likelihood of harm to opposing parties.
The medication can be crushed and given by and in front of nurse
at sick call. The COurt should reject any notion that fellow inma
-tyees will threaten or even kill COHEN.

There are other ways to address securtiy issues such as placing
COHEN in seggratation, where her currently is housed.

TRAtement for hyoperactivity rendes COHEN infinietly more manag
-enbale.


Failure to grant thbis injucntive relief will led to a kmistrrial
in USA v COHEN 10- 00091-REB.

Forernsic psychiatrist Dr Ricky Martinez, Denver Health

Dr Matinez in Janury 2010 opioned that COHEN shoudl conitnue to r
to receuive Adderall 30 mg a day for ADHD
    XXXXxwenkdxxuggexxxxx

    "[I] would suppoort the conmtinued use of this medication."
        10-cr-00091REB              Bates NoxXXXXXx 002224

I hereby affirm under penalty of perjury thjat all of the above s
tatements are true that my Adderall is doctor presecibed and that
I am properly diagnosed with ADHD. I am currently not receieving
my medication. Please can COurt grant this order.

Dated: 05/26/10              Signed : _____
                                      Solomonj B Cohen MA(Canta
                                            pro-se

APPROVED FOR PROGRAMS
ο Οοφ

## CERTUIFICTAE OF SERVICE

I Solomon B Cohen pro-se hereby sertify that on      05/26/10

a true copy of this PRELIMINARY REUIQETS FOR INJUNCTIVE RELIEF AN

TEMPORARY RETRAININ ORDER WAS sent via first claxss mail to:-


&⊠

Dr Kraus,Medical DIredctor
Federal Detention Cneter/ FCI
Bureau of Pruisons
9595 W Quincy Ave
Littleton
CO 80123


and


Mr Ippolito, HSA
Federal DEnetion Center/ FCI
Bureau of Prisons
9595 W Quincy Ave
Littleton
CO 80-123


Dtated:   05/26/10                    Signed:  _____
                                              S B COHEN pro-s

0007

2007CR004282

# Colorado District & County Courts

## CO District & County - Denver

## 2007CR004282

## People of The State of Colorado v. Cohen, Solomon

### Header

| | |
|---|---|
| Case Number: | 2007CR004282 |
| Date Filed: | 07/27/2007 |
| Date Full Case Retrieved: | 08/19/2008 |
| Status: | Closed |
| Misc: | Drugs; CR -Criminal |

[Summary][Case Status][Judge or Magistrate][Agency][Related Cases]
[Participants][Charges][Scheduled Events][Proceedings][Judgments][Bond
Information][Financial Summary]

### Summary

| | |
|---|---|
| Judge: | Sheila Ann Rappaport |
| Court: | Denver District Court |
| Division: | 13 |
| EFiled: | N |
| Appealed: | N |
| Case Closed Date: | 05/16/2008 |

Back to Top

### Case Status

Closed

Back to Top

### Judge or Magistrate

| Name | BAR Number |
|---|---|
| Sheila Ann Rappaport | 10660 |

Back to Top

### Agency

| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|
| Denver PD | 200707130 | | |

Back to Top

### Related Cases

**No Information is Available for this case**

Back to Top

### Participants

0008

Appellate Case: 10-1283    Document: 29    Date Filed: 10/21/2010    Page: 34

**Litigant**                                                **Attorney**

Cohen, Solomon

Defendant 1

DOB: 12/24/1965

Gender: Male

Race: Caucasian

Eye Color: BRO

Hair: BLK

Height: 510

Weight: 165

State ID: XC270810

Back to Top

## Charges

| Count | Date | Details |
|---|---|---|
| 1 | 07/05/2007 | Charges: Controlled subst-Possess sch 2-1g/less |
| | | Status: Dismissed |
| | | Statute: 18-18-405(1),(2.3)(a)(I) |
| | | Class: F6 (Class 6 Felony) |
| | | Offense Date From: 07/05/2007 |
| | | Offense Date To: 07/09/2007 |
| | | BAC: 0 |
| | | Plea Date: 04/11/2008 |
| | | Plea: Plea Not Guilty |
| | | Disposition Date: 05/16/2008 |
| | | Disposition: Dism by DA |
| 2 | 07/05/2007 | Charges: Reckless Endangerment |
| | | Status: Dismissed |
| | | Statute: 18-3-208 |
| | | Class: M3 (Class 3 Misdemeanor) |
| | | Offense Date From: 07/05/2007 |
| | | Offense Date To: 07/09/2007 |
| | | BAC: 0 |
| | | Plea Date: 04/11/2008 |
| | | Plea: Plea Not Guilty |
| | | Disposition Date: 05/16/2008 |
| | | Disposition: Dism by DA |

Back to Top

## Scheduled Events

| Date | Time | Details |
|---|---|---|
| 08/31/2007 | 8:30 | Arraignment |
| | | Room: 13 |
| | | Judge: William Douglas Robbins Jr |
| | | Status: Hearing Held |

| 11/01/2007 | 8:30 | Event Note: J |
| | | Review |
| | | Room: 13 |
| | | Judge: William Douglas Robbins Jr |
| | | Status: Hearing Held |
| | | Event Note: J |
| 02/01/2008 | 8:30 | Review |
| | | Room: 13 |
| | | Judge: Sheila Ann Rappaport |
| | | Status: Hearing Held |
| | | Event Note: Paper Rvw/Cmhip |
| 04/11/2008 | 8:30 | Review |
| | | Room: 13 |
| | | Judge: Sheila Ann Rappaport |
| | | Status: Hearing Held |
| | | Event Note: Paper Revw/Cmhip |
| 06/05/2008 | 8:30 | Disposition Hearing |
| | | Room: 13 |
| | | Judge: Sheila Ann Rappaport |
| | | Status: Vacated |
| | | Event Note: J-Unkn-12/24/65 |
| 06/05/2008 | 13:30 | Motions Hearing |
| | | Room: 13 |
| | | Judge: Sheila Ann Rappaport |
| | | Status: Vacated |
| | | Event Note: J-Unkn-12/24/65 |

Back to Top

## Proceedings

| Date | Code | Description |
|------|------|-------------|
| 08/15/2007 | BOVR | Bindover to Dist Ct after Prel |
| 08/16/2007 | INFO | Information Filed |
| | | *Notc of Bindover |
| | | Dpd #Unk /Sm |
| 08/28/2007 | LETR | Letter |
| | | DEF/ Cohen, Solomon |
| | | To Court Regarding Denver County Jail /Pso |
| 08/31/2007 | MINC | Minute Order (Print) |
| | | Judge Barnhill For Judge Robbins Ftr *Arrg |
| | | Def Apprs in Custody W/Pd Nikea Bland Dda Mike Pellow Apprs |
| | | Def Aty Requests Comp Eval to be Completed at Dcj. Revw 11/1/07 830am. Def |
| | | Remanded. |
| | | *Clks Memo CC Sheriff /Arn |
| 08/31/2007 | ORDR | Order |
| | | Judge William Robbins |
| | | Ref & Ordr For Comp Eval to be Completed at Dcj. |
| | | *S/Ord /Arn |

001023

0010

| | | | |
|---|---|---|---|
| 09/04/2007 | MOTN | Motion | |
| | | To Dismiss Public Defender & Appoint Alternative Counsel /Sm | |
| 09/04/2007 | MOTN | Motion | |
| | | DEF/ Cohen, Solomon | |
| | | For Leave to Proceed In Forma Pauperis & Affidavit of Indigency /Sm | |
| 09/04/2007 | LETR | Letter | |
| | | DEF/ Cohen, Solomon | |
| | | Dated 08/30/07 /Sm | |
| 09/06/2007 | FOTH | Filing Other | |
| | | *Certificate of Service /Sm | |
| 09/06/2007 | MOTN | Motion | |
| | | To Dismiss Public Defender & Appoint Adc /Sm | |
| 09/26/2007 | MOTN | Motion | |
| | | DEF/ Cohen, Solomon | |
| | | & Order For Free Transcripts | |
| | | *Defts Motn For CT to Order PD to Produce Discovery /Sm | |
| 10/09/2007 | LETR | Letter | |
| | | DEF/ Cohen, Solomon | |
| | | To The CT Dtd Undtd /Jaf | |
| 10/10/2007 | LETR | Letter | |
| | | DEF/ Cohen, Solomon | |
| 10/16/2007 | LETR | Letter | |
| | | DEF/ Cohen, Solomon | |
| | | Rqst to Stop Defts Criminal Case /Sm | |
| 10/29/2007 | LETR | Letter | |
| | | DEF/ Cohen, Solomon | |
| | | Letter Dated 10-23-07 From The Def to The Court /Cwb | |
| 11/01/2007 | MINC | Minute Order (Print) | |
| | | Judge William Robbins Ftr Record Review Hrg Held | |
| | | Appears: Def In Custody W/ Atty P. Kossie-Butler, Dda Kandace Gerdes | |
| | | Court Finds, After Reviewing Cmhip Report, That Def Is Incompetent to Proceed. | |
| | | Def Ordered to be Transferred to Cmhip Until he Is Deemed Competent to | |
| | | Proceed by Cmhip. Def Remanded to Cmhip. Paper Review Set: 2-1-08 at 8:30 A.M. | |
| | | *Flg: Clerk Memo, Order to Cmhip | |
| | | Cc: Cmhip, Da, Pd, Sheriff /Gme | |
| 11/01/2007 | ORDR | Order | |
| | | Judge William Robbins | |
| | | Commitment Ordr to Dept of Human Services After Finding of Incompetent to | |
| | | Proceed. | |
| | | *S/Ord | |
| | | Cc: Cmhip, Da, Def Aty, Sheriff /Arn | |
| 11/19/2007 | LETR | Letter | |
| | | DEF/ Cohen, Solomon | |
| | | To The CT Dtd 11/14/07 Re: Medication /Jaf | |

001024
39
0011

| | 01/30/2008 | RPRT | Report |
| | | | Evaluation From Chimp /Sks |
| | 02/01/2008 | MINC | Minute Order (Print) |
| | | | Judge: Sheila A. Rappaport - Ftr Recorder *Paper Revw |
| | | | Da - Kandace Gurdes Appears - Deft Does Not Appear But Is Rep by Nikea Bland |
| | | | Paper Revw - Held - PD Requests That Another Report be Performed |
| | | | Ord: 2nd Report Will be Due to The Court on 04-04-08 - Matter Is Set For |
| | | | Paper Revw Hrg on 04-11-08 at 08:30 A.M. /Rma |
| | 02/04/2008 | MINC | Minute Order (Print) |
| | | | Judge: Sheila A. Rappaport |
| | | | *Order - In Custody Evaluation (2nd Request) Along With Referral And Proof |
| | | | Sent to Dcj & Cmhip Via Fax /Rma |
| | 03/31/2008 | MINC | Minute Order (Print) |
| | | | Clerks Note: The Court Is In Receipt of A Telephone Call From Donald Montoya |
| | | | From Cmhip Stating That A Report Has Been Completed on Said In This Case And |
| | | | Has Been Found Competent to Proceed - Mr. Montoya Has Made Arrangements For |
| | | | W/Abe Druan (In Charge of State Transportation) to Pick up The Deft - Matter |
| | | | Is Already Set For Review on 04-11-08 at 08:30 A.M. /Rma |
| | 03/31/2008 | MINC | Minute Order (Print) |
| | | | *The Court Is In Receipt of Report From Cmhip Dtd 03-24-08 /Rma |
| | 04/11/2008 | MINC | Minute Order (Print) |
| | | | Judge: Shelley L. Gilman Sitting In For Judge: Sheila A. Rappaport |
| | | | Ftr Recorder - Ctrm 12 *Revw |
| | | | Da - Joe Morales Appears - Deft Appears In Custody W/Pd Demetria Trujillo |
| | | | Revw Held - Deft Has Been Found Competent to Proceed - Deft Waives Further |
| | | | Reading And Advisement - Deft Enters A Plea of Not Guilty |
| | | | Ord: Plea Is Hereby Accepted - Std 10-14-08 - Matter Is Set For Dispo Hrg on |
| | | | 06-05-08 at 08:30 A.M. And For Motns Hrg on 06-05-08 at 01:30 P.M. - Counsel |
| | | | Shall Have 30 Days Within Which to File Motns - Deft Remanded |
| | | | *Clerks Memo /Rma |
| | 04/23/2008 | LETR | Letter |
| | | | DEF/ Cohen, Solomon |
| | | | To The Court Asking A Question of Law Dtd 4-18-08 /Sao |
| | 05/05/2008 | NOTC | Notice Filed |
| | | | And Rqst For In-Person Testimony of Laboratory Technician Pursuant to Crs |
| | | | 16-3-309 /Cjb |
| | 05/05/2008 | MOTN | Motion |
| | | | DEF/ Cohen, Solomon |
| | | | To Suppress Stmts, Observations, And Evidence- Miranda And Voluntariness /Cjb |

Appellate Case: 10-128 Document 20 Date Filed: 10/21/2010 Page 36 of 6

| 05/12/2008 | LETR | Letter |
| | | DEF/ Cohen, Solomon |
| | | To The CT Dtd 5/7/08 Re: Possible Cancer /Jaf |
| 05/14/2008 | MOTN | Motion |
| | | Peoples Motion to Dismiss Case /Sks . |
| 05/14/2008 | MOTN | Motion |
| | | DEF/ Cohen, Solomon |
| | | For Independent Lab Analysis /Jaf |
| 05/16/2008 | MINC | Minute Order (Print) |
| | | Judge: Sheila A. Rappaport |
| | | Ord: Peo's Motn to Dismiss Case - Granted |
| | | *Sord |
| | | Cc: Da/Pd /Rma |
| 05/16/2008 | CLDM | Case Closed-Case Dismissed |
| 05/27/2008 | MINC | Minute Order (Print) |
| | | *Clerks Memo - Regarding The Dismissal of This Case (On 05-16-08) Has Been |
| | | Sent to The Denver County Jail Via Fax - Deft is to be Released on This Case |
| | | Only /Rma |

Back to Top

## Judgments

### No Information is Available for this case

Back to Top

## Bond Information

| ID | Details |
| --- | --- |
| 1 | Bond Status: BSET |
| | Bond Status Date: 08/16/2007 |
| | Set Date: 08/15/2007 |
| | Set Amount: $10000 |
| | Set Type: Cash/Surety/Property |
| | Post Amount: $0 |
| | Adj Amount: $0 |
| | DEF1 Cohen, Solomon |

Back to Top

## Financial Summary

### No Information is Available for this case

Back to Top

LexisNexis®    About | Privacy | Customer Support: 1-888-311-1966
Copyright © 2007 LexisNexis®. All rights reserved.